■ In the Matter of WILLIAM S., Appellant, v JESSICA C., Respondent. [825 NYS2d 652]—Appeal from an order of the Family Court, Wyoming County (Mark H. Dadd, J.), entered November 9, 2005 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Gorski, Smith and Pine, JJ.